## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANNON SUTTON and | : | No. 3:15cv54 |
| MARC SUTTON, | : | |
| Plaintiffs | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE | : | |
| COMPANY, | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 27th day of April, 2015, Defendant Allstate's

motion to dismiss (Doc. 4) is **DENIED**.


BY THE COURT:


s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court